THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LEWIS CHAPMAN, Defendant.

CARMELO LAMPASONA, Appellant.

(Submitted June 10, 1929; decided June 13, 1929.)

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY GELLIS, Appellant, *v.* THE SHERIFF OF WESTCHESTER COUNTY et al., Respondents.

(Submitted June 11, 1929; decided June 13, 1929.)

Motion for reargument denied. (See 251 N. Y. 33.)